UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WORLD WIDE STATIONERY MANUFACTURING CO., LTD., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 4:07-CV-1947 (CEJ) |
| U.S. RING BINDER, L.P., | ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant's motion to compel discovery. Specifically, defendant seeks an order directing plaintiff to provide supplemental responses to its second set of interrogatories and produce documents and things in response to its second set of requests for production. Plaintiff has filed a response in opposition to the motion and the issues are fully briefed.

On August 26, 2008, defendant served upon plaintiff its second set of interrogatories and second set of requests for production of documents and things. (Doc. #63, at 1). On October 9, 2008, plaintiff served upon defendant its responses to defendant's interrogatories and requests for production.[1] Id. In its motion to compel, defendant states that:

> 5. In response to Requests for Production numbered 1, 4, 5, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, 21, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, and 33, World Wide responded with form objections and a statement that "it will produce relevant, non-privileged documents in its possession, custody or control that are responsive to this request."
>
> 6. In response to Requests for Production numbered 2, 6, 13, and 22, World Wide merely provided form objections.

---

[1] According to the case management order (cmo) dated February 12, 2008, the discovery deadline was September 5, 2008. On August 25, 2008, the parties filed a joint motion to modify the cmo. According to the Court's order dated October 27, 2008, the amended discovery deadline was February 5, 2009.

7. In response to Interrogatory Nos. 3, 6, 8, and 11, World Wide responded with form objections and a statement that "it will produce relevant, non-privileged documents in its possession, custody or control that are responsive to this request."

8. In response to Interrogatory Nos. 2, 4, and 16, World Wide responded with form objections and a statement that "it will supplement these interrogatories as soon as possible in order to provide" the requested information.

(Doc. #63, at 2) (internal citations omitted). Defendant argues that "[t]o date [plaintiff] has not provided any supplemental responses or produced any responsive documents or things in response to [defendant]'s Interrogatories and Requests for Production." Id. Plaintiff states that it "ha[s] every intention of producing non-privileged documents responsive to [defendant]'s requests." (Doc. #73, at 1). Plaintiff further "explained that the discovery process was taking longer than it otherwise would due to the fact that [plaintiff]'s offices are located in Hong Kong and most of the documents being requested are in Chinese." Id. at 2.

Because plaintiff has acted in good faith in complying with defendant's discovery requests, plaintiff's offices are located in Hong Kong, and the necessary documents are in Chinese, the Court believes that it is reasonable for plaintiff to provide supplemental responses and non-privileged documents and things in response to defendant's interrogatories and requests for production by June 19, 2009.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to compel plaintiff's supplemental responses to defendant's second set of interrogatories and production of documents and things in response to defendant's second set of requests for production of documents and things [Doc. #63] is **granted in part and denied in part**.

**IT IS FURTHER ORDERED** that plaintiff shall, not later than **June 19, 2009**,

provide supplemental responses to defendant's second set of interrogatories.

**IT IS FURTHER ORDERED** that plaintiff shall, not later than **June 19, 2009**, produce the non-privileged documents and things in response to defendant's second set of requests for production.

```
                               _____
                               CAROL E. JACKSON
                               UNITED STATES DISTRICT JUDGE
```

Dated this 8th day of June, 2009.