UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WORLD WIDE STATIONERY MANUFACTURING CO., LTD., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 4:07-CV-1947 (CEJ) |
| U.S. RING BINDER, L.P., | ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

On March 31, 2009, the Court issued an order construing the disputed claims in the patents at issue in this case. Subsequently, in response to defendant's motions for summary judgment and in its own motion for partial summary judgment, plaintiff requested that the Court reconsider its construction of the terms "control structure" and "arranged to bias" as used in the '946 patent, and the term "operatively connected" as used in both the '946 and '685 patents. (Doc. #117, at 3, 12; #110, at 10).

Plaintiff's request for reconsideration is not set forth in a separate motion, and the Court cannot consider such a request if it is buried in an unrelated pleading. If plaintiff wishes to seek reconsideration of the Court's construction of the claims in the patents, then it will have to file a motion seeking such relief. The Court will give plaintiff the opportunity to do so, and will give the defendant the opportunity to respond.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall have until **July 13, 2009**, to file a motion for reconsideration of the Memorandum and Order dated March 31, 2009. The defendant's response shall be due twenty (20) days after the motion is filed; any

reply in support of the motion shall be due seven (7) days after the response.

                                                                  _____
                                                                  CAROL E. JACKSON
                                                                  UNITED STATES DISTRICT JUDGE

Dated this 2nd day of July, 2009.